In the Matter of MILTON GOLDMAN for a Writ of Habeas Corpus to Inquire into Cause of Detention of RUDOLPH GONZALEZ, Appellant, against WILLIAM E. SNYDER, as Warden of Sing Sing Prison, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

Argued June 2, 1952; decided July 15, 1952.

*Martin Benjamin* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Abe Wagman, Wendell P. Brown* and *Vincent A. Marsicano* of counsel), for respondents.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J.